.7    ⌐⊃

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  EDWARD A. OLSEN (CSBN 214150)
   Assistant United States Attorney
4     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
5     Telephone: (415) 436-6915
      FAX: (415) 436-6927
6

7  Attorneys for United States of America

8

9

10

11

**FILED**

**DEC 2 9 2009**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

                UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

                SAN FRANCISCO DIVISION

12  UNDER SEAL,                       )   No. C 07-6445 MMC
                                      )
13        Plaintiff,                  )
                                      )
14     v.                             )   **UNITED STATES' NOTICE OF ELECTION**
                                      )   **TO DECLINE INTERVENTION; AND**
15  UNDER SEAL,                       )   **▮▮▮▮▮▮▮] ORDER**
                                      )
16        Defendant.                  )
                                      )
   _____)

17

18

19

20

21

22

23

24

25

26

27

28

1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
3 | EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
4
  | 1301 Clay Street, Suite 340
5 | Oakland, California 94612
Telephone: (510) 637-3697
6 | FAX: (510) 637-3724

7 | Attorneys for the United States of America

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11

12 | UNITED STATES OF AMERICA ex rel., )          No. C 07-6445–MMC
VICTOR C. MONEGAS, JR.,                )
13 |                                    )
          Plaintiff,                   )          **UNITED STATES' NOTICE OF ELECTION
14 |                                   )          TO DECLINE INTERVENTION; AND
          v.                           )          [PROPOSED] ORDER**
15 |                                   )
UNITED AIR LINES, INC.,                )          ~~FILED UNDER SEAL~~
16 |                                   )
          Defendant.                   )
17 | _____ )

18 |      The United States of America, pursuant to the Federal False Claims Act, 31 U.S.C. §

19 | 3730(b)(4)(B), notifies the Court of its decision not to intervene in this action.

20 |      Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. §

21 | 3730(b)(1), which allows the relator to maintain the action in the name of the United States;

22 | providing, however, that the "action may be dismissed only if the court and the Attorney General

23 | give written consent to the dismissal and their reasons for consenting." *Id.* The United States

24 | Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United

25 | States only has the right to a hearing when it objects to a settlement or dismissal of the action. *See*

26 | *United States ex rel. Green v. Northrop*, 59 F.3d 953, 959 (9th Cir. 1995); *United States ex rel.*

27 | *Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994).

28 |      Therefore, the United States requests that, should either the relator or the defendant propose

DECLINATION NOTICE AND [PROPOSED] ORDER
C-07-6445-MMC                                   1

1    that this action be dismissed, settled, or otherwise discontinued, this Court provide the United

2    States with notice and an opportunity to be heard before ruling or granting its approval.

3       Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings

4    filed in this action be served upon the United States. The United States also requests that orders

5    issued by the Court be sent to the Government's counsel. The United States reserves its rights to

6    order any deposition transcripts and to intervene in this action, for good cause, at a later date.

7

8    Date: December 23, 2009                 Respectfully submitted,

9                                      JOSEPH P. RUSSONIELLO

                                     United States Attorney

10

11                                      146400

12                                      EDWARD A. OLSEN

                                     Assistant United States Attorney

13

14    //

15    //

16    //

17    //

18    //

19    //

20    //

21    //

22    //

23    //

24    //

25    //

26    //

27    //

28

**[█████████] ORDER**

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

1. All sealed contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendant, except for the Complaint and First Amended Complaint, this Order, and the accompanying United States' Notice of Election to Decline Intervention, which are hereby unsealed.

2. The relator shall serve his First Amended Complaint upon the defendant, together with this Order and the accompanying Notice of Election to Decline Intervention.

3. The seal is lifted as to all matters occurring in this action after the date of this Order.

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time.

5. All orders of this Court shall be sent to the United States.

6. Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

Date: 12/29/09

MAXINE M. CHESNEY
United States District Judge

DECLINATION NOTICE AND [PROPOSED] ORDER
C-07-6445-MMC                                                    3