IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ex rel. VICTOR C. MONEGAS, JR., | No. C-07-6445 MMC |
| Plaintiffs, | **ORDER AFFORDING UNITED STATES OPPORTUNITY TO RESPOND TO PLAINTIFF'S MOTION TO DISMISS** |
| v. | |
| UNITED AIR LINES, INC., | |
| Defendant / | |

Before the Court is plaintiff Victor C. Monegas, Jr.'s Motion to Dismiss, filed February 9, 2010.[1]

Pursuant to the Court's December 29, 2009 order (see Order, filed December 29, 2009, at 3:16-18), the Court hereby affords the government the opportunity to file, no later than February 22, 2010, a response to the motion.

**IT IS SO ORDERED.**

Dated:  February 10, 2010

_____
MAXINE M. CHESNEY
United States District Judge

---

[1]Although the caption of the motion states "FILED UNDER SEAL," the motion was filed in the public record, which is appropriate in light of the Court's December 29, 2009 order.  (See Order, filed December 29, 2009, at 3:10.)