JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   1301 Clay Street, Suite 340
   Oakland, California 94612
   Telephone: (510) 637-3697
   FAX: (510) 637-3724

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel., VICTOR C. MONEGAS, JR., <br><br>    Plaintiff, <br><br>  v. <br><br>UNITED AIR LINES, INC., <br><br>    Defendant. | No. C 07-6445–MMC <br><br> [~~PROPOSED~~] **ORDER** OF DISMISSAL |

This matter came before the Court on Relator's motion to dismiss. The motion is granted and the case is dismissed without prejudice to the United States.

Date: __February 19____, 2010

*[signature]*
MAXINE M. CHESNEY
United States District Judge

[PROPOSED] ORDER
C-07-6445-MMC                    1